UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-81123



UNITED STATES OF AMERICA, )
)
        Plaintiff, ) Magistrate
)
vs. )
)
$9,000.00 IN UNITED STATES )
CURRENCY, )
)
        Defendant(s). )
_____ )

### Complaint For Forfeiture
### In Rem

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this complaint for forfeiture and alleges as follows:

    1.  This is a civil action for forfeiture <u>in</u> <u>rem</u> of United States Currency located in Palm Beach County, Florida. Jurisdiction is vested in this Court pursuant to Title 28, United States Code, Sections 1345, 1355 and 2461.

    2.  This Court has venue pursuant to Title 28, United States Code, Section 1395 in that the defendant property is located within the Southern District of Florida. During the pendency of these proceedings, the defendant currency will remain within the Southern District of Florida and the jurisdiction of this Court.

3. The United States seeks forfeiture of the defendant currency pursuant to Title 21, United States Code, Section 881(a)(6) on the grounds that such property is proceeds of or was used or intended to be used to facilitate the illegal trafficking of controlled substances, i.e. cocaine, a Schedule II Controlled Substance as defined in Title 21, United States Code, Sections 802 and 812.

4. In support of probable cause to forfeit the defendant property, the United States asserts as follows:

   a. On July 1, 2003, agents of the Drug Enforcement Administration(DEA) along with Agents of the Bureau of Alcohol Tobacco and Firearms and the Delray Police Department executed a federal search warrant at 338 SW 10th Street Delray Beach, Florida. Search of the residence revealed a clear plastic bag containing cocaine residue and a green tinted bag containing cocaine residue.

   b. Further search of one of the occupants of the residence, Terrence BALL, revealed $9,000 in U.S. currency. During an interview with DEA special agent Gravat, BALL stated that the $9,000 he possessed did not belong to him but to an individual named Preach Son Jenkins. Ball further stated that the currency was intended to be used to purchase cocaine. During an interview with DEA task force agent Sanjay Raja, Jermaine HUNTER, another individual present at the execution of the search warrant, confirmed that the currency was intended to be used to purchase cocaine.

c.  On January 27, 1995, BALL pled no lo contendre to charges of possession of cocaine and sale of marijuana in Escambia County, Florida.  On January 19, 2000, Ball pled no lo contendre to the charge of dealing in stolen property in Escambia County, Florida.

5.  By virtue of the foregoing, and pursuant to the provisions of Title 21, United States Code, Section 881(a)(6) defendant currency has become and is forfeit to the United States of America.

WHEREFORE, the United States of America requests that process in due form of law, according to the procedures of the Court in causes of action in rem, the provisions of 18 United States Code Section 983(a)(4) and Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims, issued against the defendant currency, as described above, and that any person or persons having any interest therein be cited and directed to appear herein and answer the Complaint, and that this Court decree the condemnation and forfeiture of the defendant currency to the United States of

3

America, and that plaintiff receive such other and further relief as may be just and proper.

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

BY: _____
    MARK W. LESTER
    Assistant U. S. Attorney
    500 Australian Avenue
    West Palm Beach, Florida 33301
    Fla. Bar No. 851620
    TEL(561) 820-8711
    FAX(561) 659-4526

## VERIFICATION

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that I, Sanjay Raja, task force agent for the Drug Enforcement Administration, have read the foregoing Complaint for Forfeiture In Rem, and that the contents thereof are true and accurate to the best of my knowledge and belief.

_____
Task Force Agent
Drug Enforcement Administration

JS 44 (Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
$9,000.00 in United States Currency

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

FILED by _____ D.C.
DEC 05 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
United States Attorney's Office
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711

**ATTORNEYS (IF KNOWN)**
03-81123

03CV81123 Dimitrouleas/Torres

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, (PALM BEACH), MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

MAGIS. JUDGE

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | 410 Antitrust |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | 430 Banks and Banking |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | 460 Deportation |
| 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs | ☐ 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | B SOCIAL SECURITY | 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
Title 21, USC, Sections 881(a)(6)

LENGTH OF TRIAL
via 3 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 12/5/03
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT NO FEE APPLYING IFP USA JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.